**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Appeal No. 16-4575 |
| ) | |
| AMIN HARRIS ) | |

**APPELLANT'S CONSENT MOTION FOR LEAVE TO LATE FILE REPLY BRIEF**

Appellant, Amin Harris, through undersigned counsel, hereby files this Consent Motion for Leave to Late File a Reply Brief in this case.

Undersigned counsel has communicated with AUSA Angela Miller of the United States Attorney's Office for the Eastern District of Virginia. Ms. Miller gave her consent to this Motion on behalf of the Government. As grounds for this Consent Motion, the Appellant states follows:

1. The Government's Opposition Brief was filed on June 9, 2017.

2. It was Mr. Harris' and counsel's intention to file a Reply Brief, in response to the Government's Brief.

3. Undersigned counsel waited to hear from Mr. Harris with his input about the Government's Opposition Brief, before filing a Reply Brief. In addition, over the last three (3) weeks, undersigned counsel has been addressing a substantial amount of work in several cases.

4. Mr. Harris' Reply Brief is being filed today, July 13,

2017, with this Court.

    5. Undersigned counsel respectfully submits that the filing of this Reply Brief at this time does not prejudice the Court or the Government.

    6. Mr. Harris has substantial interests in this case. He is currently serving a 30 year sentence. The interests of justice will be served by the Court accepting this Reply Brief, to hear Mr. Harris' argument in full.

    WHEREFORE, Mr. Harris respectfully moves the Court to accept his Reply Brief, filed on this 13th day of July, 2017.

Respectfully submitted,

_____-s-_____
Peter L. Goldman
Va. Bar. No. 39449
O'Reilly & Mark, P.C.
524 King Street
Alexandria, VA  22314
(703) 684-6476 (o)
(703) 549-3335 (f)
pgoldmanatty@aol.com
Counsel for Appellant

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 13th of July, 2017, a copy of the foregoing Consent Motion was sent via ECF and/or e-mail to AUSA Angela Miller, United States Attorney's Office for the Eastern District of Virginia, 919 East Main Street, Suite 1900, Richmond, VA 23219.

_____-s-_____
Peter L. Goldman